IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BLACKWELLS CAPITAL, LLC,** | § § § |
| Plaintiff, | § § |
| v. | §    Civil Action No. **3:24-CV-894-L** |
| **BRAEMAR HOTELS & RESORTS, INC.; MONTGOMERY BENNETT; RICHARD J. STOCKTON; KENNETH H. FEARN, JR.; ABTEEN VAZIRI; MARY CANDACE EVANS; MATTHEW RINALDI; REBECCA ODINO-JOHNSON, and STEFANI CARTER,** | § § § § § § § § § § § |
| Defendants. | § |

## ORDER

Pursuant to Federal Rule of Civil Procedure 42(a),[*] the court **closes** this action, as it determines that it should be, and is hereby **consolidated** with related lead Civil Action No. 3:24-CV-707-L. Henceforth, all pleadings filed in this action shall be filed under Civil Action 3:24-CV-707-L, styled *Braemar Hotels & Resorts, Inc. v. Blackwells Capital, LLC, et al.*, and shall bear the legend "Consolidated with 3:24-CV-894-L." The clerk of court **shall** docket this order in this case, as well as Civil Action No. 3:24-CV-707-L. The clerk of court **shall** also file Blackwells

---

[*] Federal Rule of Civil Procedure 42(a) provides:

> If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay.

District courts have broad discretion in deciding whether consolidation of actions is warranted and may do so *sua sponte*. *Morrison v. Amway Corp.*, 186 F.R.D. 401, 402 (S.D. Tex. 1998) (citing *Frazier v. Garrison I.S.D.*, 980 F.2d 1514, 1531 (5th Cir. 1993); and *Gentry v. Smith*, 487 F.2d 571, 581 (5th Cir. 1973)).

**Order – Page 1**

Capital, LLC's Complaint (Doc. 1) in Civil Action No. 3:24-CV-707-L as "Counterclaims and Third Party Claims of Blackwells Capital, LLC against Braemar Hotels & Resorts, Inc., Montgomery Bennett, Richard J. Stockton, Kenneth H. Fearn, Jr., Abteen Vaziri, Mary Candace Evans, Matthew Rinaldi, Rebecca Odino-Johnson, and Stefani Carter." The court further **directs** the clerk of court to term the Agreed Motion to Stay All Proceedings (Doc. 17). As this motion was filed in both cases, the court will enter an order in the consolidated action addressing it.

**It is so ordered** this 18th day of April, 2024.

Sam A. Lindsay
United States District Judge